IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KHALIL BENAZOUZ** § | |
| *Plaintiff,* § | |
| § | |
| v. § | **CIVIL ACTION NO. 4:16-cv-01800** |
| § | |
| **ALLSTATE VEHICLE AND PROPERTY** § | |
| **INSURANCE COMPANY,** § | |
| *Defendant*. § | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The Parties wish to announce they reached an agreement of settlement in this matter. The Parties anticipate they will have the settlement finalized within 90 days from today, upon which time Plaintiff and Defendant will file the appropriate dismissal documents with the Court. Accordingly, the parties ask the action, including any upcoming deadlines, be abated.

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

 */s/ Jay Scott Simon*
Jay Scott Simon
State Bar No. 24008040
Federal Bar No. 31422
jsimon@thompsoncoe.com
One Riverway, Suite 1400
Houston, Texas 77056
Telephone:  (713) 403-8210
Facsimile:  (713) 403-8299

**ATTORNEY FOR DEFENDANT
ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY**

2604094v1
03646.268

## **CERTIFICATE OF SERVICE**

  I certify that on this 2nd day of December, 2016, a true and correct copy of the foregoing was served upon the following counsel of record in accordance with the Federal Rules of Civil Procedure:

Jesse S. Corona
THE CORONA LAW FIRM, PLLC
521 N Sam Houston Parkway E., Suite 420
Houston, Texas 77060
Email: jesse@thecoronalawfirm.com

             */s/ Jay Scott Simon*
             Jay Scott Simon

2604094v1
03646.268