United States District Court
Southern District of Texas
**ENTERED**
December 06, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KHALIL BENAZOUZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-1800 |
| | § | |
| ALLSTATE VEHICLE AND | § | |
| PROPERTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within ninety (90) days after the entry of this order.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas, on this 5TH day of December, 2016.

_____
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE